**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00604-CR

### ALAN LEE WASHINGTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-57841-R**

## ORDER

Pending is appellant Alan Lee Washington's "Petition for Complete Copy of Trial Transcripts." The motion is DENIED.

/s/     LANA MYERS
        JUSTICE